IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                          Case No: 3:04cr5/MCR
                                                                      3:07cv264/MCR/MD

**LARRY DION HAMMOND**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 31, 2007. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's renewed motion to dismiss his § 2255 motion (doc. 191) is granted and his motion for extension of time (doc. 192) is denied as moot.

DONE AND ORDERED this 1st day of October, 2007.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**