IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                                     3:04cr5/MCR

LARRY DION HAMMOND,
          Defendant.
_____

**O R D E R**

The defendant filed a motion for leave to conduct discovery materials (doc. 194). He seeks discovery in order to be able to present a meritorious claim in a § 2255 motion regarding jury selection procedures. The government has not filed a response in opposition to the motion.

Accordingly, it is ORDERED:

If it wishes to oppose the motion, the government shall file its response within twenty days from the date of this order.

DONE AND ORDERED this 3rd day of October, 2007.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**