IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:04cr5/MCR
3:07cv264/MCR/MD

LARRY DION HAMMOND

## ORDER

One of the defendant's claims in his pending motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is that counsel was constitutionally ineffective for his failure to object to a particular juror's inclusion in the panel that tried his case. Counsel did not file an affidavit in response to the motion, and the voir dire proceedings were not previously transcribed, although the government relies in part on what happened during these proceedings to support its position.

Accordingly, it is ORDERED:

Within twenty (20) days from the date of this order, the government shall file a copy of the transcript of the voir dire proceedings that took place on June 27, 2005 in the above-styled case.

DONE AND ORDERED this 4th day of November, 2009.

/s/ Miles Davis
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**