# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                3:04cr5/MCR
                                       3:07cv264/MCR/MD

**LARRY DION HAMMOND**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 22, 2009. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (doc. 203) is DENIED.

DONE AND ORDERED this 22nd day of April, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**